UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

TOUGHER INDUSTRIES, INC.,

Debtor.

Chapter 11
Case No. 06-12960

### ORDER AUTHORIZING THE RETENTION OF ROBERT J. ROCK AS COUNSEL FOR THE DEBTOR

Upon the application of Tougher Industries, Inc. the above-captioned debtor (hereinafter the "Debtor"), seeking authorization to retain Robert J. Rock, an attorney licensed to practice in the State of New York and admitted to practice before this Court, as its counsel in connection with this Chapter 11 case, the Court being satisfied that said attorney represents no interest adverse to the Debtor upon the matters upon which he is to be engaged, and the Court being further satisfied that said attorney's retention is necessary and in the best interests of the Debtor and the estate, it is hereby

**ORDERED**, that the Debtor be, and it hereby is, authorized to retain Robert J. Rock as its counsel for purposes of this Chapter 11 case under the terms and conditions set forth in the annexed Application and the Agreement annexed thereto; and it is further

**ORDERED**, that compensation of Robert J. Rock for services rendered to and on behalf of the Debtor herein shall be as fixed by further order of this Court upon proper application therefore.

Dated: Albany, New York
       October ___, 2006

       11/27/06

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Judge

**RECEIVED**
NOV 1 7 2006
BANKRUPTCY JUDGE
ALBANY, NEW YORK

FORWARDED TO UST FOR REVIEW NOV 1 7 2006

NO OBJECTION / OFFICE OF U.S.T.
By: _____
11/27/06