r

**SO ORDERED.**

**SIGNED this 06 day of March, 2007.**

_____
**ROBERT E. LITTLEFIELD, JR.
UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
:
In re                                                                    : Chapter 11
:
    TOUGHER INDUSTRIES, INC.                         : Case No. 06-12960-1-rel
:
    Debtor.                                           :
:
------------------------------------------------------------------------ x

### ORDER AUTHORIZING THE EMPLOYMENT OF
### THELEN REID BROWN RAYSMAN & STEINER LLP
### AS SPECIAL COUNSEL FOR THE TRUSTEE
### _NUNC PRO TUNC_ FROM NOVEMBER 2, 2006

Upon the application filed February 13, 2007 (the "Application") by Lee E. Woodard, Esq., the appointed Section 1104 Trustee ("Trustee") for entry of an order pursuant to §§ 327(e) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code") authorizing the employment and retention of Thelen Reid Brown Raysman & Steiner LLP ("TRBRS") as special counsel to the Trustee; and upon it appearing that TRBRS represents no interest adverse to the Debtor or to its estate in the matters upon which TRBRS will be engaged, and that

TRBRS' retention is necessary and would be in the best interest of the Debtor's estate; it is hereby

**ORDERED** that TRBRS' retention as special counsel to the Trustee is authorized *nunc pro tunc* from November 2, 2006, pursuant to § 327(a) of the Bankruptcy Code upon the terms and conditions set forth in the Application and the Retention Agreement, including but not limited to the carve out provisions set forth therein, annexed thereto for the following matters:

1. the pursuit of recovery of additional compensation related to construction projects known as the Tomlinson Middle School Project in Fairfield, Connecticut; the McMahon High School Project in Norwalk, Connecticut; the Staples High School Project in Westport, Connecticut; the Naylor Elementary School Project in Hartford, Connecticut; and the CT Post Mall Project in Milford, Connecticut; and

2. preparing on behalf of the Trustee, all necessary motions, applications, answers, orders, and other documents and pleadings in connection with the matters described above.

# # #