UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

**TOUGHER INDUSTRIES, INC.,**

Debtor.

Main Case No. 06-12960
Chapter 11

(Jointly Administered)

In Re:

**TOUGHER MECHANICAL, INC.,**

Debtor.

Case No. 07-10022
Chapter 11

**ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER**

The Court having considered the foregoing Application by Lee E. Woodard, Esq., Chapter 11 Trustee to Tougher Industries, Inc., to employ Collar City Auctions Realty & Mgmt., Inc., as auctioneer, and the Affidavit of Randy Passonno, President in support thereof, and it appearing that Collar City Auctions Realty & Mgmt., Inc. is a disinterested party, and that the employment is in the best interests of the Debtor's estate, it is hereby

**ORDERED**, that the Trustee be and hereby is authorized to employ Collar City Auctions Realty & Mgmt., Inc., 9423 Western Turnpike, Delanson, New York 12053-2105 as auctioneer, effective upon entry of this Order on the Court's docket, with compensation to be paid in accordance with Local Rule 6005(1)(a)-(f) as follows: 10% of any gross proceeds of sale on the first $100,000.00 or less, 5% of any amount in excess of $100,000.00, but not in excess of $200,000.00, and 2.5% of any amount in excess of $200,000.00, upon further application to the Court, and it is further

**ORDERED**, that Collar City is directed to post a bond in favor of the United States of America in the amount of $100,000.00. The cost of said bond will be a directly related expense of sale and will be obtained immediately upon approval of retention, and it is further



HARRIS BEACH
ATTORNEYS AT LAW

DM#826346

**ORDERED**, that all additional terms of retention and language contained in retention applications and declarations shall be attached and made part of this order.

Dated: April 20, 2007

_____
HON. ROBERT E. LITTLEFIELD, JR.
UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION - OFFICE OF U.S.
By: _____ 4/20/07

HARRIS BEACH
ATTORNEYS AT LAW